IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Israel C. Isbell,                                                           Case No. 4:16 CV 1883

               Petitioner

              v.                                                **ORDER**

Steve Merlak,

               Respondent

Petitioner Israel C. Isbell, an inmate at the Federal Correctional Institution at Elkton, brings this habeas corpus action under 28 U.S.C. § 2241.

Petitioner was convicted in the United States District Court for the Central District of Illinois, pursuant to a guilty plea, of receiving child pornography. He was sentenced to 180 months imprisonment in June 2010. The U.S. Marshal subsequently transported him to the Tazewell County, Illinois Sheriff's Department for a pending state case, and he then began serving a concurrent state sentence in an Illinois Department of Corrections institution. Illinois authorities returned him to federal custody in August 2011.

Relying primarily on *Thompson v. Bannan*, 298 F.2d 611 (6th Cir. 1962), Petitioner now asserts his federal sentence ended on July 12, 2010, when the U.S. Marshal turned him over to the Tazewell County Sheriff's Department. Nothing contained in *Bannan* or the other cases Petitioner cites reasonably support this assertion.

It is, therefore,

ORDERED THAT the petition for a writ of habeas corpus (Doc. 1) be, and the same hereby is, denied.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge